IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Sophia Mercer Leysath <br><br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -against- <br><br> Pamela Simmons-Beasley <br><br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for a Civil Case** <br><br> Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial:  ☐ Yes   ☐ No <br>                   *(check one)* |

RECEIVED
USDC CLERK, COLUMBIA, SC
2021 OCT 12  PM 2:31

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sophia Mercer Leysath
   Street Address: 257 Koller Road
   City and County: Orangeburg, Orangeburg
   State and Zip Code: South Carolina 29118
   Telephone Number: 803-664-3978

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Pamela Simmons-Beasley
   Job or Title (if known): Chapter 13 Trustee 402
   Street Address: 250 Berryhill Road #402
   City and County: Columbia Lexington
   State and Zip Code: South Carolina 29210
   Telephone Number: 803-779-5180

   Defendant No. 2

   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

   Defendant No. 3

   Name:

2

|                          |   |
|--------------------------|---|
| Job or Title (if known)  |   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |

Defendant No. 4

|                          |   |
|--------------------------|---|
| Name                     |   |
| Job or Title (if known)  |   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Statutes
United States Constitution, We the people are Consumers

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*I was violated by this Bankruptcy. USC says Title 42 Chapter 13 Census. Sleepless nights was my reason for this action, with this person.*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Alleged Bankruptcy. Punitive damages $60,000.00 I did this because my husband died and I couldn't think of how to pay the Bills with half the income.*

5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 8, 2021.

Signature of Plaintiff    Sophia Mercer Leysath
Printed Name of Plaintiff  Sophia Mercer Leysath

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
E-mail Address           _____